UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| TODD WEST, Petitioner, vs. MAGGIE BRADSHAW, Warden, Respondent. | CASE NO. 1:15-CV-669 OPINION AND ORDER [Resolving Doc. 1] |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Todd West petitions for habeas corpus relief under 28 U.S.C. § 2254.[1] On December 29, 2016, Magistrate Judge James R. Knepp II recommended that the Court dismiss the case.[2] Objections to Magistrate Judge Knepp's Report and Recommendation were due by January 12, 2017. Petitioner West has not filed objections to the Report and Recommendation.

The Federal Magistrates Act requires a district court to conduct a de novo review only of those portions of a Report and Recommendation to which the parties have made an objection.[3] Absent objection, a district court may adopt the Report and Recommendation without review.[4]

Because no party has objected to the Report and Recommendation, this Court may adopt the Report and Recommendation without further review. Moreover, having conducted its own review of the petition and record, the Court agrees with the conclusions in the Report and Recommendation.

---

[1] Doc. 1. Respondent filed a return of writ. Doc. 12. Petitioner replied. Doc. 16. Respondent filed a sur-reply. Doc. 17. Petitioner filed a supplemental response, Doc. 21, to which Respondent replied, Doc. 25. Petitioner then filed a second supplemental response. Doc. 26.
[2] Doc. 29.
[3] 28 U.S.C. § 636(b)(1).
[4] *Thomas v. Arn*, 474 U.S. 140, 149 (1985); L.R. 72.3(b).

Accordingly, the Court **ADOPTS** Magistrate Judge Knepp's Report and Recommendation and incorporates it fully herein by reference. The Court **DENIES** Petitioner's habeas petition.

IT IS SO ORDERED.

Dated: February 1, 2017

*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE